IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


ALVIN JONES                                                                    PLAINTIFF


VS.                              CASE NO. 05-CV-1116


JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY                             DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby **reverses** the

Commissioner's decision that Jones is not disabled and **remands** this case back to the

Commissioner for further proceedings consistent with this opinion.

IT IS SO ORDERED AND ADJUDGED this 16th day of February, 2007.


_____/s/ Harry F. Barnes_____
Hon. Harry F. Barnes
United States District Judge